BEFORE THE FIRST DIVISION, FEBRUARY 4, 1941

**No. 45342.**—Protest 987538–G of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J.   The evidence showing that the stoppers were not ground and that they were so loosely fitted that any liquid content would leak out was held not to have any bearing on the question.   The evidence not overcoming the presumptively correct classification the protest was overruled.   Brown, J., concurred in the result.

BEFORE THE SECOND DIVISION, FEBRUARY 4, 1941

**No. 45343.**—Protest 13739–K of Louis Greenberg & Son (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 43372 the tape measures in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 45344.**—Protest 921703–G of N. Y. Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel the bookends in question were held dutiable at 50 percent under paragraph 339. Abstract 28750 followed.

**No. 45345.**—Protest 993627–G of Saji Trading Co. (Los Angeles).

Opinion by DALLINGER, J.   It was stipulated that the merchandise is not plated and is chiefly used in the kitchen or household.   On the authority of Abstracts 39482 and 42780 the claim at 40 percent under paragraph 339 was sustained.

JANUARY 30, 1941

**No. 45346.**—WEIGHT OF CHEESE.—Protest 658040–G of N. S. Monahos & Co., Inc.   Abstract 44840.   Application by plaintiff for rehearing granted.